FILED
11/23/2022 DB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Reply to case:   22-cv-05575

Defendant: https://www.ebay.com/usr/invisation

**Summary**

I have had an eBay account since 2017 but have been more active on my personal eBay account since May 2022 to earn extra income during the current cost-of-living crisis in the United Kingdom. At the same time, I began drop-shipping items from Amazon.co.uk to make a small profit.

I currently live and work in the United Kingdom, and only use eBay.co.uk and Amazon.co.uk - I do not directly target the United States market. I was however opted into the eBay Global Shipping Programme, which eBay handles delivery for items listed worldwide - usually at quite a hefty expense to the customer, resulting in me rarely getting an order through this programme. Which I have now opted out of.

I pay for software that claims to block listings that I am not allowed to sell, and it seems on this occasion with the "Liforme Yoga Mat" it has fallen short of that. I do apologise for this being missed, and I can confirm the two products have now been removed from my listings.

I can see however that I did have the official items listed, which would have been drop-shipped directly from "Liforme UK" store via Amazon UK - I can confirm it was not a counterfeit product that was listed. Please see below the ASIN number (Amazon Identifier Number) against each listing, which I add to the "Custom label SKU" to all of my listings making them easy to identify (As you can see in the screenshot below and the attached csv of last 90 day sales – At the very bottom of this document). Each ASIN number on Amazon UK links directly through to the official Liforme UK Amazon Store. Please see the below links with ASIN numbers that go to the official Liforme UK amazon store.

Screenshot from my eBay ended listings:

| Start date | Picture | Title | Custom label (SKU) | Format | Current price | Available quantity | Watchers | Bid | End date | Sale status | Relist status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 Sep 2022 at 10.51am BST | | Liforme Evolve Yoga Mat – Free Yoga Bag, Patented Alignment System, | B01N8QDPPS | 🔒 | £149.74 Buy it now | 1 | 0 | - | 11 Nov 2022 at 9.30am GMT | Unsold | Not relisted |
| 10 Oct 2022 at 10.14am BST | | Liforme Travel Yoga mat – Free Yoga Bag, Patented Alignment System, | B01CI6SO1A | 🔒 | £123.74 Buy it now | 1 | 0 | - | 10 Nov 2022 at 11.02pm GMT | Unsold | Not relisted |

B01N8QDPPS - https://www.amazon.co.uk/dp/B01N8QDPPS/

B01CI6SO1A - https://www.amazon.co.uk/dp/B01CGLCGRA/

Each item in question was listed for less than 2 months and no sale was made in this time, meaning I have not taken any money or made any profit from these items. I have attached a CSV file (CSV converted to PDF at the bottom of this document– I had to convert csv to pdf so accepted by the court, you will need to zoom in to see data) of my eBay orders for the past 90 days exported directly from eBay to support this. You will also see that most of my sales are in the United Kingdom with a minor few going through eBays Global Shipping Programme.

I request that I be removed as a defendant of this case, as I have not offered to sell or sold any counterfeit Liforme products. I have not even sold any products even related to Liforme, I only had listed the official products for less than 2 months. The software I paid for did not block the Liforme products, but as soon as I found out I was not allowed to list them I removed them straight away. I

have now stopped using this software and going to stop drop-shipping, so this doesn't happen again, I have already removed all listings on my eBay.

Please see below my response to each point listed in the complaint:

**Introduction**

1. I have not offered to sell counterfeit version of any Liforme products at all, and especially not to the United States.

2. I apologise that I listed these items without the permission of Liforme, I paid for a software which blocks products I'm not allowed to list and these items were not filtered out. Upon realising this, I have removed the products from listing. The items were listed for less than 2 months and did not sell, so I did not take any money or make any profit.

4. The listings that I had were of the official Lifrome product, as shown above. It was not my attempt to confuse consumers as they would have got the official product via "Liforme UK" amazon store if ordered. But none were sold anyway.

5. This is my only eBay account.

6. The design of my eBay listings were just information and pictures copied from the official amazon UK listings.

7. I do not conceal my identity as it's my personal eBay account. I have not participated in any illegal counterfeiting operations.

8. I did not intentionally list these items to cause confusion or tarnish Liforme in any way, as soon as I realised, I was not allowed to list them I removed them straight away. None of these items sold and were listed for less than 2 months.

9. I have not made, used, offered sale or imported the patented design, I just listed the official products on my eBay UK to dropship from official "Liforme UK" amazon UK store.

10. I do not conduct significant business in any part of the United States and have never sold an item to anyone in Illinois. I only operate in United Kingdom directly, unless via eBay global shipping programme.

11. I have not offered to sell counterfeit products at all, and do not directly offer to sell products to the United States and specifically Illinois.

**Jurisdiction and Venue**

14. I do not conduct business in Illinois, and never even sold an item there. I operate in the United Kingdom, unless via the global shipping programme which is in the minority.

    a. I do not offer counterfeit version of Liforme products as proved above, and do not directly offer shipping to Illinois, only if ordered via eBay global shipping programme, which is managed by eBay.

    b. I do not target my business activities at the Unites States, mainly in the United Kingdom, other than minority only sold through eBay global shipping programme. (As can be seen on orders csv export from eBay)

c. I have not sold any counterfeit products, anywhere in the world. I have only sold 3 items to US addresses via global shipping programme, one of them being a personal sale of a golf club, that can be seen on the CSV attached. Nothing has been sold to anyone in Illinois. The vast majority of my sales are to UK residents.

15. No substantial business has been done in any of the US, that includes Illinois.

**The Defendants**

25. I reside in the United Kingdom and do not target United States or offer to sell counterfeit versions of Liforme products anywhere in the world.

**The Defendants' Unlawful Conduct**

26. I have not had any part in counterfeiting Liforme products

27. I only had listed the official Liforme products, that would have been drop shipped directly from "Liforme UK" store on amazon UK, so it was not a counterfeit product I had listed. I do not target the United States, it is only possible via the eBay global shipping programme. No sales were made of any Liforme products I had listed.

28. My eBay is a small store with a turnover of less £14,000 in last 90 days, and my total profit as around 11% of that at £1500. I started it to earn some extra cash to help with the cost-of-living crisis we are facing in the United Kingdom at the moment.

29. I did not design my eBay or listings in any way to deceive customers, all my listings have the same template for the description information.

30. I only sell on eBay, so that is all processed by eBay.

31. I do not offer live customer service etc, just whatever eBay offers

32. I understand now that I am not allowed to list Liforme products and have removed them as soon as I found out. I pay for a software that is supposed to block listings that I am not allowed to sell, but it seems that the Liforme products were not filtered out. No products related to these listings sold at all.

33. I have not tried to deceived anyone, this was the official product I had listed. And if sold would have been ordered on "Liforme UK" amazon store, so they would have received and official Liforme product.

34/35. I did not use any of these tactics, I only listed on eBay and used what was available on eBay.

36. I do not conceal my identity; all my personal details are on my eBay account.

37. This is not the case with my eBay account

38. This is not true, I only have this eBay store, and my personal details are on it. I use the same template for all my eBay listings.

39. I have no link to counterfeiting. As I have proved above the items, I had listed were the genuine Liforme products from "Lifrome UK" amazon store. Which none of these items sold.

40. I only operate on eBay

41. I have not registered for another eBay account

42. This is not the case with my eBay account

43. This is not the case, vast majority of my sales are in the UK

44. I only take payments via eBay

45. I only use payments via eBay and use my personal bank account for this.

46. I only had listed the official Liforme products, that would have been drop shipped directly from "Liforme UK" store on amazon UK, so it was not a counterfeit product I had listed. I do not target the United States, it is only possible via the eBay global shipping programme. No sales were made of any Liforme products I had listed. As soon as I found out I shouldn't have this product listed, I removed it.

47. Only via the global shipping programme offered by eBay, I do not offer directly to any where else other than United Kingdom.

48. Items were on my eBay for less than 2 months, and none even sold. As soon as I found out I wasn't allowed to list them I removed them.

49. I did not have knowledge of this, I pay for a service that's supposed to block products that I'm not allowed to list, this one slipped through. As soon as I found out I was not allowed to list I removed the listing.

50. I have not been engaging in any counterfeiting and had no intention to harm Liforme in any way. I haven't even sold one of the products that were listed and had listed for less than 2 months.

**First cause of action**

53. I had official products listed for the less than 2 months that would have been ordered from "Liforme UK" amazon store. As soon as I became aware I shouldn't have these items listed I removed them. None of the items were sold, so I took NO money and made NO profit on any of these items.

54. I pay for a service that's supposed to block products that I'm not allowed to list, this one slipped through. As soon as I found out I was not allowed to list I removed the listing.

55. I had official products listed for the less than 2 months that would have been ordered from "Liforme UK" amazon store. As soon as I became aware I shouldn't have these items listed I removed them. None of the items were sold, so I took NO money and made NO profit on any of these items.

56. I had official products listed for the less than 2 months that would have been ordered from "Liforme UK" amazon store. As soon as I became aware I shouldn't have these items listed I removed them. None of the items were sold, so I took NO money and made NO profit on any of these items.

58. I had official products listed for the less than 2 months that would have been ordered from "Liforme UK" amazon store. As soon as I became aware I shouldn't have these items listed I removed them. None of the items were sold, so I took NO money and made NO profit on any of these items.

59. I did not have knowledge of this, I pay for a service that's supposed to block products that I'm not allowed to list, this one slipped through. As soon as I found out I was not allowed to list I removed the listing.

60. I have made NO sales for any Liforme products anywhere in the world. I do not offer shipping to United States, it is only possible via eBay global shipping programme. I do not participate in any counterfeit operations.

61. I pay for a service that's supposed to block products that I'm not allowed to list, this one slipped through. As soon as I found out I was not allowed to list I removed the listing.

62. I made NO sales of these products, not anywhere in the world. Which can be proved in csv file I have attached. NO money and NO profit was made on any Liforme products, so there is no damages.

63. I made NO sales of these products, not anywhere in the world. Which can be proved in csv file I have attached. NO money and NO profit was made on any Liforme products.

64. I had official products listed for the less than 2 months that would have been ordered from "Liforme UK" amazon store. As soon as I became aware I shouldn't have these items listed I removed them. None of the items were sold, so I took NO money and made NO profit on any of these items.

65. As I do dropshipping, I have no physical products in stock. I only order a products from amazon when a sale is made. No sales were made of any Liforme products. Which the ones I had listed were genuine products that would have been ordered directly from "Liforme UK" amazon store.

66/67. I had official products listed for the less than 2 months that would have been ordered from "Liforme UK" amazon store. As soon as I became aware I shouldn't have these items listed I removed them. None of the items were sold, so I took NO money and made NO profit on any of these items. I request that I be removed from this case.

**Second cause of action**

69. I only had listed the official Liforme products, that would have been drop shipped directly from "Liforme UK" store on amazon UK, so it was not a counterfeit product I had listed. I do not target the United States, it is only possible via the eBay global shipping programme. No sales were made of any Liforme products I had listed. As soon as I found out I shouldn't have this product listed, I removed it.

70. I only had listed the official Liforme products, that would have been drop shipped directly from "Liforme UK" store on amazon UK, so it was not a counterfeit product I had listed. No sales were made of any Liforme products I had listed. As soon as I found out I shouldn't have this product listed, I removed it.

71. I only had listed the official Liforme products, that would have been drop shipped directly from "Liforme UK" store on amazon UK, so it was not a counterfeit product I had listed. No sales were made of any Liforme products I had listed. As soon as I found out I shouldn't have this product listed, I removed it.

72. I only had listed the official Liforme products, that would have been drop shipped directly from "Liforme UK" store on amazon UK, so it was not a counterfeit product I had listed. No

sales were made of any Liforme products I had listed. As soon as I found out I shouldn't have this product listed, I removed it.

73. I had official products listed for the less than 2 months that would have been ordered from "Liforme UK" amazon store. As soon as I became aware I shouldn't have these items listed I removed them. None of the items were sold, so I took NO money and made NO profit on any of these items. I request that I be removed from this case.

**Third cause of action**

75. I only had listed the official Liforme products, that would have been drop shipped directly from "Liforme UK" store on amazon UK, so it was not a counterfeit product I had listed. No sales were made of any Liforme products I had listed. As soon as I found out I shouldn't have this product listed, I removed it. None of the items were sold, so I took NO money and made NO profit on any of these items.

76. I only had listed the official Liforme products, that would have been drop shipped directly from "Liforme UK" store on amazon UK, so it was not a counterfeit product I had listed. No sales were made of any Liforme products I had listed. As soon as I found out I shouldn't have this product listed, I removed it. None of the items were sold, so I took NO money and made NO profit on any of these items.

77. I only had listed the official Liforme products, that would have been drop shipped directly from "Liforme UK" store on amazon UK, so it was not a counterfeit product I had listed. No sales were made of any Liforme products I had listed. As soon as I found out I shouldn't have this product listed, I removed it. None of the items were sold, so I took NO money and made NO profit on any of these items.

78. I had official products listed for the less than 2 months that would have been ordered from "Liforme UK" amazon store. As soon as I became aware I shouldn't have these items listed I removed them. None of the items were sold, so I took NO money and made NO profit on any of these items. I request that I be removed from this case.

**Fourth cause of action**

80. I only had listed the official Liforme products, that would have been drop shipped directly from "Liforme UK" store on amazon UK, so it was not a counterfeit product I had listed. No sales were made of any Liforme products I had listed. As soon as I found out I shouldn't have this product listed, I removed it. None of the items were sold, so I took NO money and made NO profit on any of these items.

81. I did not have knowledge of this, I pay for a service that's supposed to block products that I'm not allowed to list, this one slipped through. As soon as I found out I was not allowed to list I removed the listing.

82. I only had listed the official Liforme products, that would have been drop shipped directly from "Liforme UK" store on amazon UK, so it was not a counterfeit product I had listed. No sales were made of any Liforme products I had listed. As soon as I found out I shouldn't have this product listed, I removed it. None of the items were sold, so I took NO money and made NO profit on any of these items.

83. I did not have listed counterfeit products. I only had listed the official Liforme products, that would have been drop shipped directly from "Liforme UK" store on amazon UK, so it was not

a counterfeit product I had listed. No sales were made of any Liforme products I had listed. As soon as I found out I shouldn't have this product listed, I removed it. None of the items were sold, so I took NO money and made NO profit on any of these items.

84. I did not use any of these, I only listed on eBay. I only had listed the official Liforme products, that would have been drop shipped directly from "Liforme UK" store on amazon UK, so it was not a counterfeit product I had listed. No sales were made of any Liforme products I had listed. As soon as I found out I shouldn't have this product listed, I removed it. None of the items were sold, so I took NO money and made NO profit on any of these items.

85. This is not true, I only have this eBay store, and my personal details are on it. I use a template for all my listings and copy information from the amazon listings.

86. I had official products listed for the less than 2 months that would have been ordered from "Liforme UK" amazon store. As soon as I became aware I shouldn't have these items listed I removed them. None of the items were sold, so I took NO money and made NO profit on any of these items. I request that I be removed from this case.

Signed by: Jamie Sevenoaks

28th November 2022